```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 08-22856-CIV-MORENO
                         MAGISTRATE JUDGE P.A. WHITE
```

THEODORE WITHERSPOON            :

      Plaintiff,          :

v.                              :          REPORT OF
                                           MAGISTRATE JUDGE
U.S. MARSHAL, et al,            :

      Defendants.         :
_____

This Cause is before a <u>sua- sponte</u> review of this Case. The plaintiff filed a civil rights complaint pursuant to <u>Bivens v Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The plaintiff was ordered to either pay the Clerk's $350.00 filing fee or file a motion to proceed <u>in forma pauerpis</u> pursuant to 28 U.S.C. §1915 (a) and (b) as amended, on or before November 21, 2008. The plaintiff was cautioned that failure to comply with the Court's Order may result in dismissal of this case. The plaintiff has failed to comply.

It is therefore recommended that this case be dismissed without prejudice for lack of prosecution.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 29th December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Theodore Witherspoon, Pro Se
    Reg#57114-004
    Coleman II
    Address of Record