UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-22856-CIV-MORENO**

THEODORE WITHERSPOON,

    Plaintiff,

vs.

U.S. MARSHALS SERVICE, et al.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE WITHOUT PREJUDICE**

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on October 22, 2008 **(D.E. No. 3)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 6)** on **December 29, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 6)** on **December 29, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice for lack of prosecution.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record